IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CHRISTOPHER DANIEL                                                          PLAINTIFF

VS.                                                        CIVIL ACTION NO. 3:10CV35TSL-JCS

MUELLER COPPER TUBE COMPANY, INC.                          DEFENDANT

<u>ORDER</u>

It is hereby ordered that, pursuant to Local Rule 7.2 (b) (3) (E), plaintiff's unopposed motion to transfer venue to the Eastern Division of the United States District Court for the Northern District of Mississippi, brought pursuant to 28 U.S.C. § 1404(a) is granted. This case is hereby transferred to the Eastern Division of the United States District Court for the Northern District of Mississippi.

SO ORDERED this the 10th day of February, 2010.

                                         /s/Tom S. Lee
                                         UNITED STATES DISTRICT JUDGE